# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO
# LAS CRUCES DIVISION

| | |
|---|---|
| GABRIELA MUNOZ,<br>Individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS L. CARDELLA & ASSOCIATES, INC.<br><br>　　　　　Defendant. | Case No. 21-cv-00558-CG-KRS<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(B)<br><br>CLASS ACTION<br>PURSUANT TO FED. R. CIV. P. 23 |

## NOTICE OF WITHDRAWAL OF CONSENT FORMS WITHOUT PREJUDICE

Plaintiff GABRIELA MUNOZ, by and through her counsel, hereby withdraws the claims of the following opt-in plaintiffs without prejudice:

1. Daniella Aguirre (ECF 3-1)
2. Elizabeth Cochran (ECF 3-6)
3. Stephanie Miller (ECF 3-7)
4. Alexis Read (ECF 3-8)
5. Ishemia Williams (ECF 3-9)
6. Kayla Willis (ECF 3-10)

Date:   June 22, 2021     **ANDERSON ALEXANDER, PLLC**

By: */s/ Clif Alexander*
   **Clif Alexander**
   Texas Bar No. 24064805
   clif@a2xlaw.com
   **Austin Anderson**
   Texas Bar No. 24045189
   austin@a2xlaw.com
   **Lauren Braddy**
   Texas Bar No. 24071993
   lauren@a2xlaw.com
   819 N. Upper Broadway
   Corpus Christi, Texas 78401
   Telephone: (361) 452-1279
   Facsimile: (361) 452-1284

   *Attorneys in Charge for Plaintiff and Putative Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of New Mexico, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

   */s/ Clif Alexander*
   Clif Alexander