IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELA MUNOZ, *Individually and
on behalf of all others similarly situated*,

      Plaintiffs,

v.                                                                                                  No. 2:21-cv-558 KWR/KRS

THOMAS L. CARDELLA
& ASSOCIATES, INC.,

      Defendant.

## ORDER SETTING PRETRIAL DEADLINES AND BRIEFING SCHEDULE

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on October 5, 2021.  At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with modifications, as reflected below.

The deadline for Plaintiff to move to amend pleadings and/or join additional parties pursuant to Federal Rule of Civil Procedure 15 is **March 1, 2022**.  The deadline for Defendant to amend pleadings and/or join additional parties pursuant to Federal Rule of Civil Procedure 15 is **April 1, 2022**.

Considering the nature of this case, and pursuant the parties' Joint Status Report (Doc. 12), Plaintiff shall file a motion for conditional certification of a collective action by **December 1, 2021**.  Briefing of the motion shall be governed by the local rules of civil procedure.  The parties shall file an Amended Discovery Plan **fourteen (14) days** after the close of the opt-in period, if any, or two weeks after the Court enters an order denying Plaintiff's motion for

conditional certification.  Thereafter, the Court will set a new scheduling conference by separate order.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE