IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GABRIELA MUÑOZ,<br>Individually and on behalf<br>of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>THOMAS L. CARDELLA &.,<br>ASSOCIATES, INC.,<br><br>   *Defendant*. | Civil Action No. 2:21-cv-558-KWR-KRS |

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Amend Complaint, (Doc. 19), filed by Gabriela Munoz, individually and on behalf of all others similarly situated, seeking leave to file a First Amended Class/Collective Action Complaint. The parties have notifed the Court that the Motion for Leave to Amend Complaint is unopposed.

IT IS THEREFORE ORDERED that the Motion is GRANTED and the First Amended Class/Collective Action Complaint filed as Exhibit A to the Motion shall be filed with the Court.

                         KEVIN R. SWEAZEA
                         UNITED STATES MAGISTRATE JUDGE