IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELA MUNOZ, Individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.                                                    No. 2:21-cv-558 MIS/KRS

THOMAS L. CARDELLA & ASSOCIATES, INC.,

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

At the Rule 16 scheduling conference held on March 8, 2023, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE