IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GABRIELA MUÑOZ, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS L. CARDELLA &., ASSOCIATES, INC.,<br><br>*Defendant*. | Civil Action No. 2:21-cv-558-MIS-KRS<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)<br><br>CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

**ORDER GRANTING JOINT STIPULATION
EXTENDING EXPERT DESIGNATION AND REPORT DEADLINES**

Upon stipulation of the Parties hereto and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the deadline for the Parties to designate experts and submit expert reports shall be extended by sixty (60) days.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE