**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GABRIELA MUNOZ, Individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.                                                                                             No. 2:21-cv-558 MIS/KRS

THOMAS L. CARDELLA & ASSOCIATES, INC.,

    Defendant.

**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER**

THIS MATTER is before the Court on the parties' Stipulation to Amend Scheduling Order, (Doc. 90), filed January 5, 2024. The parties ask to extend their pretrial deadlines until after the April 9, 2024 settlement conference to conserve resources and so they can better focus on settlement negotiations. Having considered the parties' Stipulation and the record of this case, the Court approves the Stipulation.

IT IS THEREFORE ORDERED that the deadlines in the Scheduling Order, (Doc. 78), are extended until after the April 9, 2024 settlement conference. If the case does not settle on April 9, 2024, the parties shall submit a proposed amended scheduling order by April 16, 2024.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE