IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
SANTA FE DIVISION

| | |
|---|---|
| GABRIELA MUÑOZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br>THOMAS L. CARDELLA &., ASSOCIATES, INC.,<br><br>*Defendant*. | Civil Action No. 2:21-cv-00558-MIS-KRS |

**ORDER**

Finding good cause, the Court grants the Parties' Joint Motion to Modify Discovery Deadlines ("Motion") (Doc. 101) as set forth below.

1. Defendant has acknowledged that it will complete its production as described in the Motion on or before **November 5, 2024**.

2. The expert designation deadlines are extended by three months with Plaintiffs' expert designation deadline to occur on **February 24, 2025**, and Defendant's expert designation deadline to occur on **March 24, 2025**.

3. The deadline for discovery (other than discovery falling within paragraph 6, below) is extended for purposes of expert discovery only to **April 28, 2025**.

4. The deadline for discovery motions (other than discovery motions falling within paragraph 6, below) is extended to **May 19, 2025**.

5. The deadline for all other motions (other than motions falling within paragraph 6, below) is extended to **May 29, 2025**.

6.  The deadline for production of class data (the time and pay data, together with log-in and/or badge in data) is extended until after issuance of an order certifying a class pursuant to Federal Rule of Civil Procedure 23, the conclusion of an appeal (if any) of that order, and the end of the notice period.

7.  The Parties are directed to file a Joint Status Report within 14 days of entry of a class certification order addressing discovery deadlines for the final phase of discovery (production of class data).

IT IS SO ORDERED this 25th day of October, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE