IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELA MUÑOZ, on behalf of
herself and all others similarly situated,

       Plaintiff,

v.                                                                                                                                    No. 2:21-cv-558-SMD-KRS

THOMAS L. CARDELLA &
ASSOCIATES, INC.,

       Defendant.

## ORDER TO FILE STIPULATION OF DISMISSAL

**THIS MATTER** is before the Court on Plaintiff's unopposed motion for approval of the settlement or, in the alternative, for an order directing the parties to file a stipulation of dismissal. *See* Doc. 134. Plaintiff brings a collective action under § 216(b) of the Fair Labor Standards Act ("FLSA"), alleging that she, and other similarly situated employees, were not paid for the overtime hours they worked at Defendant's call center, in violation of the FLSA and New Mexico Minimum Wage Act. *See* Doc. 1. The parties have now reached a settlement agreement as to the entirety of Plaintiff's claims. Plaintiff filed a motion for approval of the settlement, noting that neither the FLSA nor the Tenth Circuit require Court of approval of § 216(b) settlements and offering to file a stipulation of dismissal instead. Doc. 134 at 5.

Courts in this district will permit private settlement of FLSA claims where the parties resolve a bona fide dispute. *Riley v. D. Loves Rests., LLC*, Civ. No. 20-1085 WJ/KK, 2021 WL 1310973, at *4 (D.N.M. Apr. 8, 2021); *Serna v. Bd. of Cnty. Comm'rs*, No. 17-cv-196-RB-KBM, 2018 WL 4773361 (D.N.M Oct. 3, 2018) (finding that, absent special circumstances, FLSA settlements do not require court approval); *Hawthorn v. Fiesta Flooring, LLC*, No. 1:19-CV_-00019 WJ/SCY, 2020 WL 308921, at *3–4 (D.N.M. June 10, 2020). Upon review of the Plaintiff's

motion, the Court is satisfied that the parties' agreement resolves a bona fide dispute regarding Defendant's overtime policies. It is therefore unnecessary for the Court to further review the terms of the settlement. Within fourteen days of this order, the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a).

    **IT IS SO ORDERED.**

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**